```
GARY M. RESTAINO
United States Attorney
District of Arizona

STUART ZANDER
California State Bar No. 276724
MATTHEW D. DOYLE
Arizona State Bar No. 036235
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Stuart.Zander@usdoj.gov
Email: Matthew.Doyle@usdoj.gov
Attorneys for Plaintiff
```

FILED
2024 NOV -6 PM 5: 25
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-07816 TUC-SHR(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iv), (a)(1)(B)(i) (Conspiracy to Encourage and Induce an Alien to Unlawfully Enter the United States) Count 1 |
| Janine Torres-Centeno, | |
| Defendant. | 8 U.S.C. §§ 1324(a)(2)(B)(ii) (Bringing an Illegal Alien to the United States for Profit) Counts 2-4 |

**THE GRAND JURY CHARGES:**

## BACKGROUND

1. In 2022, United States Border Patrol Sector Intelligence and Homeland Security Investigations began investigating JANINE TORRES-CENTENO after arresting numerous Colombian nationals who identified her as their smuggling coordinator.

2. The Colombian nationals were all arrested after they illegally entered the United States at or near the Papago Gate, which is located on the Tohono O'Odham Indian

Reservation in Arizona. The Papago Gate is a gate at the international boundary with Mexico where registered Tohono O'Odham members can cross into Mexico. It is not an official United States Port of Entry.

3. According to numerous Colombian nationals smuggled by JANINE TORRES-CENTENO, they contacted JANINE TORRES-CENTENO after learning from others who had successfully crossed into the United States illegally, that JANINE TORRES-CENTENO could coordinate their illegal entry into the United States. JANINE TORRES-CENTENO informed the Colombian nationals they would need to travel to Sonoyta, Sonora, Mexico and pay a mafia fee between $1,200.00 USD to $2,000.00 USD per person to cross into the United States. Once the Mexican nationals were in Sonoyta, Sonora, Mexico, JANINE TORRES-CENTENO coordinated their transportation to local stash houses by unindicted co-conspirators, whom the Colombian nationals met at a bus station.

4. These stash houses would also contain others who were seeking to enter the United States illegally. From the stash houses, the Colombian nationals were transported to the border where they illegally crossed into the United States.

## COUNT 1

The factual allegations in paragraphs one through four are realleged and incorporated as though fully set forth herein.

Beginning on or about 2022 and continuing through on or about October 9, 2024, in the District of Arizona and elsewhere, defendant, JANINE TORRES-CENTENO did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the grand jury to encourage and induce an alien to come to, enter and reside in the United States in violation of law and the defendant knew and acted in reckless disregard of the fact that the aliens coming to, entering into and residing in the United States would be in violation of the law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and

1324(a)(1)(B)(i).

## COUNT 2

The factual allegations in paragraphs one through four are realleged and incorporated as though fully set forth herein.

On or about June 4, 2024, in the District of Arizona and elsewhere, the defendant, JANINE TORRES-CENTENO, knowing and in reckless disregard of the fact that an alien, namely, Leidy Medina Medina, had not received prior authorization to come to, enter, and reside in the United States, did bring said alien to the United States, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

## COUNT 3

The factual allegations in paragraphs one through four are realleged and incorporated as though fully set forth herein.

On or about July 14, 2024, in the District of Arizona and elsewhere, the defendant, JANINE TORRES-CENTENO, knowing and in reckless disregard of the fact that an alien, namely, Luisa Maria Deleon-Colorado, had not received prior authorization to come to, enter, and reside in the United States, did bring said alien to the United States, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

## COUNT 4

The factual allegations in paragraphs one through four are realleged and incorporated as though fully set forth herein.

On or about July 21, 2024, in the District of Arizona and elsewhere, the defendant, JANINE TORRES-CENTENO, knowing and in reckless disregard of the fact that an alien, namely, Jose Tapias Marin, had not received prior authorization to come to, enter, and reside in the United States, did bring said alien to the United States, for the purpose of commercial advantage and private financial gain.

///

In violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 5, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
STUART J. ZANDER
MATTHEW D. DOYLE
Assistant U.S. Attorneys